784 A.2d 716

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. FLOYD R. JOHNSON, DEFENDANT–RESPONDENT.

August 1, 2001.

## CORRECTED ORDER

Certification is granted on the issue of the appropriate remedy, and in respect thereof the judgment of the Appellate Division is summarily reversed; and it is further

ORDERED that the matter is remanded to the trial court to permit defendant to withdraw his guilty plea, which shall return the matter to its pre-plea status. *State v. Thomas,* 166 *N.J.* 560, 767 *A.*2d 459 (2001); *State v. Kovack,* 91 *N.J.* 476, 453 *A.*2d 521 (1982).

Jurisdiction is not retained.

784 A.2d 716

RAYMOND FALK, PLAINTIFF–RESPONDENT, v. MARLENE SCHREIBER–FALK, DEFENDANT–MOVANT.

September 10, 2001.

## ORDER

Leave to appeal is granted.